Bruce E. GAMBILL, Jr.,
Plaintiff–Appellant,

v.

UNITED STATES of America; State
of Washington, Defendants.

No. 12–36071.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 21, 2014.*

Filed Jan. 28, 2014.

Bruce E. Gambill, Jr., Puyallup, WA,
pro se.

Before: CANBY, SILVERMAN, and
PAEZ, Circuit Judges.

MEMORANDUM **

Bruce E. Gambill, Jr. appeals pro se
from the district court's order denying his
request to proceed in forma pauperis and
dismissing his action alleging claims aris-
ing from divorce, foreclosure, and bank-
ruptcy proceedings. We have jurisdiction
under 28 U.S.C. § 1291. We review for an
abuse of discretion the denial of leave to
proceed in forma pauperis, and de novo a
determination that a complaint lacks sub-
stance in law or fact. *Tripati v. First
Nat'l Bank & Trust,* 821 F.2d 1368, 1369
(9th Cir.1987). We affirm.

The district court did not abuse its dis-
cretion by denying Gambill leave to pro-
ceed in forma pauperis because Gambill
failed to allege a claim against any defen-
dant under any cognizable legal theory.
*See id.* at 1370 ("A district court may deny
leave to proceed in forma pauperis at the
outset if it appears from the face of the
proposed complaint that the action is frivo-
lous or without merit."); *Sparling v. Hoff-
man Constr. Co.,* 864 F.2d 635, 638 (9th
Cir.1988) (court may sua sponte dismiss an
action for failure to state a claim without
notice or an opportunity to respond where
plaintiff cannot possibly win relief); *see
also McHenry v. Renne,* 84 F.3d 1172,
1179 (9th Cir.1996) (Rule 8 is an indepen-
dent basis of dismissal and requires each
averment of a pleading to be simple, con-
cise, and direct, stating which defendant is
liable to the plaintiff for which wrong).

Gambill's "Response to Case cv–06004–
BHS, *et al.*" filed on September 26, 2013
and subsequently construed by this court
as a request for judicial notice, is denied.
*See* Fed.R.Evid. 201(a).

Gambill's "Motion to file and act upon
previously filed motions, *et al.*" and
"Emergency Motion & Notice, *et al.*" filed
on December 26, 2013 and January 6, 2014,
respectively, are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.